**Marquis Aurbach Coffing**
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
SHARA L. LARSON, ESQ.
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
zlarson@maclaw.com
slarson@maclaw.com
Attorneys for Debtor and Debtor in Possession

**E-Filed: 4-22-2013**

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| In Re: CBS I, LLC, Debtor. | Case No: 12-16833-MKN<br>Chapter: 11<br>Date: May 29, 2013<br>Time: 9:30 AM<br>Courtroom 2 |
|---|---|

**FIRST APPLICATION FOR INTERIM COMPENSATION FOR MARQUIS AURBACH COFFING SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED IN THE AMOUNT OF $80,315.00 AND EXPENSES IN THE AMOUNT OF $12,625.25 (TOTAL: $92,940.25)**

This first interim application for allowance of compensation (the "First Application") is filed by MARQUIS AURBACH COFFING ("MAC"), bankruptcy counsel for CBS I, LLC ("Debtor").

This First Application is supported by the attached points and authorities and the exhibits to the First Application which contain descriptions and analysis of the professional services rendered and the expenses incurred by MAC.

Pursuant to this First Application Period, MAC respectfully requests that the Court enter an Order:

a) For the period from March 7, 2012 through April 15, 2013 ("Application Period"), allowing MAC professional compensation in the amount of $80,315.00 ("Total Professional Fees") and reimbursement of actual and necessary expenses in the

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

amount of $12,625.25 ("Total Costs") for a total application of $92,940.25 ("Total Interim Fees and Costs");

b) Authorizing the Debtor to pay to MAC all unpaid fees and expenses as allowed by the Court;

c) Determining that the Total Professional Fees charged by MAC to the Debtor during the Application Period are reasonable within the meaning of 11 U.S.C. § 330(a); and

d) Determining that the Total Costs incurred by MAC during the First Application Period are actual and necessary within the meaning of 11 U.S.C.§330(a).

DATED this 18th day of April, 2013.

MARQUIS AURBACH COFFING

By/s/ Shara Larson, Esq.
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
SHARA LARSON, ESQ.
Nevada Bar No. 7786
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Debtor and Debtor-in-Possession

**MARQUIS AURBACH COFFING**
**BILLING SUMMARY**

| | |
|---|---|
| Fees Previously Requested | $ 0.00 |
| Fees Previously Awarded | $ 0.00 |
| Expenses Previously Requested | $ 0.00 |
| Expenses Previously Awarded | $ 0.00 |
| Retainer Paid | $ 25,000.00 |
| Drawn on Retainer | $ 10,000.00 |
| Remaining Retainer | $ 15,000.00 |
| Current Application Fees Requested | $ 80,315.00 |
| Current Application Expenses Requested | $ 12,625.25 |

. . .

. . .

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**Professional Services**

| ATTORNEY/ ASSISTANT NAME | HOURLY RATE | HOURS THIS APPLICATION | TOTAL FEES |
|---|---|---|---|
| Zachariah Larson/ Of Counsel | $450.00 | 15.4 | $6,930.00 |
| David A. Colvin/Director | $400.00 | 22.6 | $9,040.00 |
| Shara L. Larson/ Associate | $350.00 | 85.4 | $29,890.00 |
| Tye S. Hanseen/Associate | $200.00 | 6.1 | $1,220.00 |
| Tara H. Popova/ Associate | $200.00 | 51.2 | $10,240.00 |
| Carey Shurtliff/ Paralegal | $175.00 | 19.0 | $3,325.00 |
| Susan M. Stanton/ Paralegal | $175.00 | 112.1 | $19,617.50 |
| Karna F. Gallegos/Paralegal | $175.00 | .3 | $52.50 |
| TOTAL | | 312.1 | $80,315.00 |

**EXPENSES**

| **Expense** | **Rate** | **Total** |
|---|---|---|
| Federal Express | | $0.00 |
| Scanning Charges | $0.15 per page | $359.55 |
| Photocopies | $0.25 per page | $6,782.75 |
| Messenger | | $98.00 |
| Filing Fees | | $0.00 |
| Postage | | $621.25 |
| Parking expense | | $2.00 |
| Westlaw research fees | | $4,660.93 |
| Pacer Research | $0.10 per page | $1.10 |
| Telephone expense | | $88.17 |
| Wiznet Filing Fees | | $3.50 |
| Transcript Costs | | $0.00 |
| Data Production Disks | | $8.00 |
| Meals | | $0.00 |
| **Total** | | $12,625.25 |

. . .

. . .

. . .

## POINTS AND AUTHORITIES

### I. GENERAL BACKGROUND

1. On June 7, 2012 (the "Petition Date"), the Debtor filed its voluntary Chapter 11 petition, thereby commencing this Chapter 11 case.

2. Debtor continues to own and operate commercial properties as Debtor-in-possession in accordance with Sections 1107 and 1108 of the United States Bankruptcy Code.

3. This is the First Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses filed by MAC in the above-captioned case. MAC currently has $15,000.00 of Debtor's initial retainer in its Trust Account.

4. Pursuant to this First Application, MAC requests allowance of compensation of $80,135.00 and reimbursement of expenses of $12,625.25 in connection with services provided during the Application Period.

5. MAC's First Application is a "core proceeding" which the Court has jurisdiction to decide pursuant to 28 U.S.C. §§ 157(a), (b), and 1334. The statutory authority for the relief requested by MAC is 11 U.S.C. § 330. This First Application has been filed in accordance with Federal Bankruptcy Rule 2016 and the Guidelines of the Office of the United States Trustee for the District of Nevada.

### II. CASE STATUS

6. The Debtor is in the process of reorganizing and downsizing; however, it continues to operate as Debtor-in-Possession. As such, MAC assisted the Debtor with the normal administrative responsibilities that are typical in any Chapter 11 proceeding.

7. On June 18, 2012, an Application for Order Approving the Employment of Marquis Aurbach Coffing as Attorneys for Debtor was filed. [Docket No. 13] The Application was approved and an Order was entered on August 3, 2012. [Docket No. 75].

8. On June 18, 2012, an Application for Order Approving the Employment of Flangas McMillan Law Group as Special Counsel for Debtor and Debtor-In-Possession. [Docket No. 15]. The Application was approved and an Order was entered on August 3, 2012. [Docket No. 74]

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

9. On June 20, 2012, a Motion for an Order Under Section 266 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing procedures for Determining Requests for Additional Adequate Assurance was filed. [Docket No. 21]. The Motion was approved and an Order was entered on July 2, 2012. [Docket No. 48].

10. On June 20, 2012, a Motion for an Interim Order Authorizing Use of Cash Collateral and Related Relief and Scheduling Final hearing Pursuant to Fed. R. Bankr. P. 4001(B)(2) was filed. [Docket No. 19]. This motion was approved and an Amended Order Approving Stipulation Authorizing Use of Cash Collateral was entered on July 23, 2012 [Docket No. 71].

11. On September 5, 2012, a Disclosure Statement Describing Chapter 11 Plan of Reorganization was filed. [Docket No. 85] On September 5, 2012 a Proposed Chapter 11 Plan of Reorganization was filed. [Docket No. 86] The Disclosure Statement is set to be heard on May 1, 2013.

12. The Debtor has filed with the Court and served on the United States Trustee's Office all monthly operating reports, The Debtor is also current on its quarterly fee obligations to the United States Trustee's Office. With respect to accrued but unpaid administrative expenses, the Debtor believes that it is current on all such expenses other than post petition professional fees and cost that are subject to approval by this Court.

## III. TASKS PERFORMED BY MAC DURING THE APPLICATION PERIOD

13. The Application Period encompassed by this Application runs from June 7, 2012 through April 15, 2013. During the Application Period, MAC provided a wide range of services to the Debtor. The discussion below provides an overview of the services performed by task category pursuant to the Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. §330. A detailed description of the work performed by MAC in each of the categories listed below is contained in Exhibit "A" to this First Application.

### A. <u>Asset Analysis and Recovery</u>

MAC billed 0.0 hours ($0.00) regarding identification and review of potential assets

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

including causes of action and non-litigation recoveries which otherwise did not fall into specific task categories below or overlapped a number of categories.

**B. Asset Disposition**

MAC billed 0.0 hours ($0.00) regarding assuming or rejecting executory contracts and unexpired leases, and related transaction work. A portion of this time may also have been spent on sales, abandonment, and other related issues.

**C. Business Operations**

MAC billed 2.1 hours ($735.00) regarding issues related to operating as a debtor-in-possession in this Chapter 11, such as employee, vendor, tenant issues and other similar problems.

**D. Case Administration**

MAC billed 56.1 hours ($12,297.50) regarding coordination and compliance activities, including preparation of statement of financial affairs, amending schedules, and listing of contracts. In addition, time was spent on explanation, preparation and filing of United States Trustee interim statements and operating reports. Time was spent in conferences and telephone calls with representatives of the Debtor concerning the bankruptcy process and its status; telephone calls with the United States Trustee; verifying creditor information and updating the master mailing matrices; review and logging incoming documents; and coordinating with the client regarding various notices resulting from the bankruptcy filing. Finally, time was spent conferring with various creditors and former employees about the bankruptcy process and payments to creditors.

**E. Claims Administration and Objections**

MAC billed 59.7 hours ($18,210.00) regarding specific claim inquiries, analyses, objections and allowances of claims. This category includes miscellaneous time evaluating various proofs of claim asserted against the estate conferring with various creditors over the status of their claims.

**F. Employee Benefits/Pensions**

MAC billed 0.0 hours ($0.00) regarding review of issues such as severance, retention, 401K coverage, and continuance of pension plan.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**G. Fee/Employment Applications/Objections**

MAC billed 32.6 hours ($7,280.00) regarding preparation of employment and fee applications for self or others, motions to establish interim procedures, and responding to or filing objections to the employment and fee applications of others. Time was spent in this category in discussions with Debtor regarding the need for an outside accounting and financing entity, and in preparing employment applications for various individuals and companies to continue in the day-to-day operations of the Debtor. Included in this time were the preparation of task categories for fee application purposes and the review of monthly billings to comply with the Administrative Order.

**H. Valuations**

MAC billed 0.0 hours ($0.00) regarding obtaining and/or review of appraisals of debtor's assets.

**I. Financing**

MAC billed 35.8 hours ($8,872.50) regarding various Motions and Orders filed by the Debtor on including but not limited to adequate protection, use, sale, or lease of property, obtaining credit including cash collateral and use of utility services as more fully described in the first application for compensation and expenses. Time includes conferring with the Office of the United States Trustee concerning the case, attending the hearings, and follow up matters regarding these Motions including the preparation and filing of the applicable orders, as well as noticing to appropriate parties.

**J. Litigation**

MAC billed 19.6 hours ($3,827.50) Time spent in this category are Providing consulting and expert witness services relating to various bankruptcy matters such as insolvency, feasibility, avoiding actions, forensic accounting, etc.

**K. Meetings of Creditors**

MAC billed 3.6 hours ($1,097.50) regarding preparing for and attending initial debtor interview and the conference of creditors, the §341(a) meeting and other creditors' committee

meetings.

**L. Plan and Disclosure Statement**

MAC billed 88.5 hours ($23,445.00) regarding formulation, presentation and confirmation of a disclosure statement and plan, compliance with any applicable plan confirmation order, related orders and rules, disbursement and case closing activities, except those related to the allowance and objections to allowance of claims. Time was spent in this category reviewing and responding to matters concerning the disclosure statement, plan of reorganization and getting a plan approved and confirmed by the Court.

**M. Relief from Stay Proceedings**

MAC billed 14.1 hours ($4,550.00) regarding matters relating to termination or continuation of automatic stay under §362, including but not limited to: (1) enforcement, against the debtor of against property of the estate, of a judgment obtained before the commencement of the case; (2) any act to obtain possession of property of the estate or of property for estate or to exercise control over property of estate; and/or (3) perfection of a lien against property of the estate. Time was spent in this category reviewing and responding to matters concerning the relief from automatic stay.

**N. Post Confirmation**

MAC billed 0.0 hours ($0.00) regarding post-confirmation coordination and compliance activities including but not limited to: explaining, preparing, and filing United States Trustee quarterly statements and status reports; obtaining final decree; compliance with confirmation order.

**O. Appeal**

MAC billed 0.0 hours ($0.00) regarding any appeal work done during the pendency of the case prior to the entry of the final decree.

## IV. CONTENTS OF THE ATTACHED SUPPORTING EXHIBITS

14. Exhibit "A" attached to this Application identifies and provides chronologically throughout the Application Period: (a) the dates on which MAC performed professional services for the Debtor; (b) each person performing such services; (c) the amount of time spent by each person on each day that the person performs such services (charged in units of one-tenth [0.1] of an hour);

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

and (d) specific daily descriptions of the services performed by each person. These time entries are grouped by task category.

15. Also, Exhibit "A" attached to this Application contains a detailed statement of actual and necessary out-of-pocket expenses incurred and paid by MAC during the Application Period in its representation of the Debtor. To date, MAC has not been reimbursed for any of the expenses it has incurred and paid during the Application Period.

16. Thus, the attached supporting Exhibit "A" contains a thorough and detailed description of MAC's professional services and reimbursable expenses.

## V. STANDARDS RELEVANT TO INTERIM PROFESSIONAL COMPENSATION AND EXPENSE REIMBURSEMENT

17. The fees billed by MAC to the Debtor for professional services rendered during the Application Period total $80,315.00. This amount was calculated (as required by Bankruptcy Code Section 330) in accordance with the standards used to calculate what would be charged for comparable services in a non-bankruptcy situation.

18. The pertinent factors to be considered in establishing fees for legal services rendered are: (a) the time and labor required, the novelty and the difficulty of the questions involved, and the skill required to perform the legal services properly; (b) the likelihood that the acceptance of the particular employment will preclude other employment by the lawyer; (c) the fee customarily charged for similar services; (d) the amount involved and the results obtained; (e) the time constraints required by the exigencies of the case, including the frequency and amount of time required to be devoted other than in regular business hours; (f) the nature and length of the professional relationship with the client; (g) the experience, reputation, and ability of the lawyers performing the services; and (h) whether the fee is fixed or contingent. In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), cert. Denied, 431 U.S. 904 (1977); American Bar Association's Code of Professional Responsibility, Disciplinary Rule 2-106.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

19. MAC submits that its requested professional compensation during the Application Period is fair and reasonable under the circumstances of this case and its representation of the Debtor therein.

20. MAC has also incurred and paid out-of-pocket expenses totaling $12,625.25 during the Application Period. The items for which expense reimbursement are being sought are not included in MAC's overhead, and are not, therefore, a part of the hourly rates charged by MAC.

21. Most of the photocopying charges have been incurred in reproducing: (a) petition, schedules and statements prepared and filed in this case; (b) pleadings prepared, filed and served in this case; and (c) research materials. In each of the above-referenced instances (and other similar situations), copies were needed promptly at the time, and/or it was not otherwise feasible for MAC to make other photocopying arrangements. MAC charges 25¢ per page for photocopying.

22. MAC submits that the expenses which it has incurred and paid in rendering legal services to the Debtor during the Application Period are reasonable and necessary under the circumstances of this case and that the reimbursement to MAC for such expense is appropriate and should be allowed.

## VI. COMPLIANCE WITH SECTION 504 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2016

23. MAC has not entered into any arrangement or agreement with any person or entity with respect to the sharing of fees and expenses for which MAC is seeking compensation and reimbursement as set forth in this First Application, except as permitted by Bankruptcy Code section 504(b)(1).

## VII. CONCLUSION

WHEREFORE, MAC respectfully requests that the Court enter an Order:

1. For the Period from March 7, 2012 through April 15, 2013 ("Application Period"), allowing MAC professional compensation in fees incurred in the amount of $80,315.00 ("Total Professional Fees") and reimbursement of actual and necessary expenses in the amount of $12,625.25 (Total Costs"), for a total of $92,940.25 ("Total Interim Fees and Costs").

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

2. Determining that the Total Professional Fees charged by MAC to the Debtor during the Application Period are reasonable within the meaning of 11 U.S.C. § 330(a);

3. Determining that the Total Costs incurred by MAC during the First Application Period are actual and necessary within the meaning of 11 U.S.C. § 330(a);

4. Allowing Debtor to pay the approved Total Professional Fees to MAC; and

5. Granting such other and further relief as the Court deems just and appropriate.

Dated this 18th day of April, 2013.

MARQUIS AURBACH COFFING

By/s/ Shara Larson, Esq.

ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
SHARA LARSON, ESQ.
Nevada Bar No. 7786
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Debtor and Debtor-in-Possession

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

# Exhibit A

**MARQUIS AURBACH COFFING**

ATTORNEYS AT LAW

10001 PARK RUN DRIVE
LAS VEGAS, NEVADA 89145
Telephone 702-382-0711
Fax 702-382-5816

CBS I, LLC
Attn: Jeff Susa - Manager
3275 S. Jones Blvd. #105
Las Vegas, NV 89146

Invoice 267856
April 17, 2013

ID: 12833-001 - ZL

Re:Chapter 11 Bankruptcy

For Services Rendered Through April 15, 2013

| | | |
|---|---|---|
| Previous Balance | | 10,000.00 |
| Advanced Deposit Applied | | -10,000.00 |
| Balance Forward | | 0.00 |
| Current Fees | 80,315.00 | |
| Current Disbursements | 12,625.25 | |
| Total Current Charges | | 92,940.25 |
| | **Total Due** | **92,940.25** |

| | |
|---|---|
| Trust Balance | 15,000.00 |

**Fee Recap by Task Code**

| | | | | |
|---|---|---|---|---|
| T10 | LITIGATION | 19.60 | 195.28 | 3,827.50 |
| T11 | MEETINGS OF CREDITORS | 3.60 | 304.86 | 1,097.50 |
| T12 | PLAN AND DISCLOSURE | 88.50 | 264.92 | 23,445.00 |
| T13 | RELIEF FROM STAY | 14.10 | 322.70 | 4,550.00 |
| T3 | BUSINESS OPERATIONS | 2.10 | 350.00 | 735.00 |
| T4 | CASE ADMINISTRATION | 56.10 | 219.21 | 12,297.50 |
| T5 | CLAIMS ADMINISTRATION | 59.70 | 305.03 | 18,210.00 |
| T7 | FEE/EMPLOYMENT | 32.60 | 223.31 | 7,280.00 |
| T9 | FINANCING | 35.80 | 247.84 | 8,872.50 |
| | | **312.10** | | **80,315.00** |

**Fees**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| **LITIGATION** | | | | |
| 07/03/12 | SMS | Review email from opposing counsel with discovery requests. | 0.90 | 157.50 |
| 07/09/12 | THP | Review and analyze secured creditor U.S. Bank National Association's first set of requests for admissions, in preparation for objections. | 0.30 | 60.00 |
| 07/09/12 | THP | Review and analyze secured creditor U.S. Bank National Association's first set of requests for production of documents, in preparation for objections. | 0.60 | 120.00 |
| 07/09/12 | THP | Review and analyze secured creditor U.S. Bank National Association's first set of interrogatories, in preparation for objections. | 0.30 | 60.00 |
| 07/09/12 | THP | Review and analyze case law and federal rules of bankruptcy procedure in support of objections to secured creditor U.S. Bank National Association's first set of requests for admissions. | 0.60 | 120.00 |
| 07/09/12 | THP | Drafting objections to secured creditor U.S. Bank National Association's first set of requests for admissions. | 0.90 | 180.00 |
| 07/09/12 | SMS | Scan leases. | 1.30 | 227.50 |
| 07/10/12 | THP | Review and analyze case law and federal rules of bankruptcy procedure in support of objections to secured creditor U.S. Bank National Association's first set of interrogatories. | 0.90 | 180.00 |
| 07/10/12 | THP | Draft objections to secured creditor u.s. bank national association's first set of interrogatories. | 2.10 | 420.00 |
| 07/10/12 | THP | Perform legal research and review and analyze case law and federal rules of bankruptcy procedure in support of objections to secured creditor U.S. Bank National Association's first set of requests for production of documents. | 2.60 | 520.00 |
| 07/10/12 | THP | Draft objections to secured creditor U.S. Bank National Association's first | 4.60 | 920.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | set of interrogatories. | | |
| 07/13/12 | CS | Collate and bate-stamp various documents to be produced for production of documents. | 1.50 | 262.50 |
| 02/13/13 | TSH | Attend hearing regarding motion to lift stay, including review of briefings related to hearing in preparation to same. | 3.00 | 600.00 |
| | | **T10** | | **3,827.50** |

**MEETINGS OF CREDITORS**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/11/12 | SMS | Review meeting of creditors. | 0.20 | 35.00 |
| 06/11/12 | SMS | Review email from Clark Finnerman of US Trustee's office. | 0.20 | 35.00 |
| 07/10/12 | SMS | Prepare email re IDI meeting and meeting of creditors. | 0.20 | 35.00 |
| 07/10/12 | SMS | Review emails and respond. | 0.20 | 35.00 |
| 08/09/12 | ZL | Prepare for and attended meeting of creditors. | 1.70 | 765.00 |
| 08/13/12 | SMS | Review case notes from meeting of creditors. | 0.50 | 87.50 |
| 08/14/12 | SMS | .Prepare email to Dimitri Dalacas re additional documents requested by trustee. | 0.20 | 35.00 |
| 08/16/12 | SMS | Review 341 meeting minute entry. | 0.20 | 35.00 |
| 08/16/12 | SMS | Prepare email to Jim Palmer at U.S. Trustee's office. | 0.20 | 35.00 |
| | | **T11** | | **1,097.50** |

**PLAN AND DISCLOSURE STATEMENT**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/25/12 | SMS | Prepare and e-file amended certificate of service. | 0.20 | 35.00 |
| 07/06/12 | THP | Review and analyze case law regarding whether a plan need to comply with the conditions of a pre-petition contract (time equally split between files). | 0.90 | 180.00 |
| 07/09/12 | THP | Perform legal research regarding real estate mortgage investment conduits (time equally split between files). | 0.80 | 160.00 |
| 07/11/12 | THP | Office meeting with SLL regarding plan and disclosure statement. | 0.30 | 60.00 |
| 07/26/12 | THP | Prepare for and conduct telephone conference with co-counsel regarding executory contracts. | 0.30 | 60.00 |
| 07/27/12 | THP | Develop strategy regarding assumption of executory contracts, in preparation for plan and disclosure statement. | 0.60 | 120.00 |
| 07/27/12 | THP | Draft email to co-counsel regarding executory contracts as they pertain to plan and disclosure statement. | 0.10 | 20.00 |
| 08/17/12 | THP | Telephone conference with SLL regarding plan and disclosure statement. | 0.30 | 60.00 |
| 08/23/12 | CS | Draft disclosure statement, proposed plan, notice of hearing and certificate of service. | 2.00 | 350.00 |
| 08/24/12 | THP | Confer with SL to develop strategy regarding disclosure statement. | 0.50 | 100.00 |
| 08/24/12 | CS | Research claims register and forward to THP. | 0.10 | 17.50 |
| 08/24/12 | THP | Review and analyze appraisal report, profit and loss statements, loan | 2.80 | 560.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | documents, lease agreements, proofs of claims registry, executory contracts, and list of secured and unsecured creditors, in preparation for disclosure statement. | | |
| 08/24/12 | THP | Review and analyze most recent monthly operating report and rent roll, in preparation for disclosure statement. | 0.80 | 160.00 |
| 08/27/12 | THP | Drafting of disclosure statement and exhibits in support thereof. | 8.30 | 1,660.00 |
| 08/29/12 | THP | Review and analyze client's comments and input regarding draft proposed plan and disclosure statement. | 0.40 | 80.00 |
| 08/29/12 | THP | Develop strategy regarding proposing potentially adjustable interest rates. | 0.30 | 60.00 |
| 08/30/12 | THP | Perform legal research regarding approval of an adjustable interest rate in a proposed plan. | 1.70 | 340.00 |
| 08/30/12 | THP | Draft summary of legal research regarding approval of an adjustable interest rate in a proposed plan. | 0.30 | 60.00 |
| 08/31/12 | THP | Revision of disclosure statement. | 0.30 | 60.00 |
| 09/01/12 | SLL | Telephone conference with client/special counsel re proposed plan of reorganization. | 1.10 | 385.00 |
| 09/03/12 | SLL | Prepare substantive revisions to proposed disclosure statement; proposed plan of reorganization. | 6.70 | 2,345.00 |
| 09/04/12 | SMS | Prepare amortization schedules . | 2.50 | 437.50 |
| 09/04/12 | SMS | Prepare additional amortization schedules. | 2.50 | 437.50 |
| 09/04/12 | SLL | Finalize disclosure statement and proposed plan of reorganization. | 3.70 | 1,295.00 |
| 09/05/12 | SMS | Review disclosure statement and discuss with Ms. Larson. | 0.20 | 35.00 |
| 09/05/12 | SMS | Prepare notice of hearing. | 0.30 | 52.50 |
| 09/05/12 | SMS | Review notice of hearing and certificate of service. | 0.50 | 87.50 |
| 09/05/12 | SMS | Finalize and e-file disclosure statement, plan of reorganization and notice of hearing. | 0.50 | 87.50 |
| 09/06/12 | SMS | E-file certificate of service. | 0.20 | 35.00 |
| 10/10/12 | SLL | Finalize stipulation to continue disclosure statement hearing and briefing deadlines; finalize order approving the same. | 0.70 | 245.00 |
| 10/10/12 | SMS | Teleconference with court clerk and prepare email. | 0.20 | 35.00 |
| 10/10/12 | SMS | Prepare stipulation and order continuing hearing. | 0.80 | 140.00 |
| 10/10/12 | SMS | Finalize stipulation and order; email to opposing counsel. | 0.50 | 87.50 |
| 10/10/12 | SMS | E-file stipulation and upload order. | 0.20 | 35.00 |
| 10/10/12 | SLL | Telephone conference with opposing attorney re ongoing settlement discussions between clients. | 0.30 | 105.00 |
| 10/16/12 | SMS | Review order approving stipulation to continue hearing. | 0.20 | 35.00 |
| 10/16/12 | SMS | Review hearing scheduled/rescheduled. | 0.20 | 35.00 |
| 10/16/12 | SMS | Prepare notice of entry of order and e-file. | 0.40 | 70.00 |
| 10/17/12 | SMS | Review minute entry. | 0.20 | 35.00 |
| 10/24/12 | SMS | Prepare second stipulation and order. | 0.80 | 140.00 |

**MARQUIS AURBACH COFFING P.C.**

CBS I, LLC
Re: Chapter 11 Bankruptcy
I.D. 12833-001 - ZL

April 17, 2013
Invoice 267856

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/29/12 | SMS | Finalize and e-file stipulation. | 0.30 | 52.50 |
| 10/29/12 | SMS | Finalize and upload order approving stipulation. | 0.30 | 52.50 |
| 10/29/12 | SMS | Review order approving second stipulation. | 0.20 | 35.00 |
| 10/29/12 | SMS | Review hearing scheduled/rescheduled. | 0.20 | 35.00 |
| 10/29/12 | SMS | Prepare notice of entry of order with certificate of service and e-file. | 0.40 | 70.00 |
| 10/31/12 | SMS | Review objection to disclosure statement. | 0.20 | 35.00 |
| 10/31/12 | SMS | Review request to take judicial notice. | 0.20 | 35.00 |
| 10/31/12 | SMS | Review minute entry. | 0.20 | 35.00 |
| 11/01/12 | SLL | Review objection to disclosure statement; telephone conference with client and special counsel re the same. | 1.40 | 490.00 |
| 11/02/12 | SLL | Begin preparation of reply to objection to disclosure statement; begin preparation of redline to disclosure statement and plan to reflect changes thereto. | 2.30 | 805.00 |
| 11/05/12 | CS | Receipt and review of multiple emails between counsel and client re disclosure statement. Review of minute order. | 0.30 | 52.50 |
| 11/05/12 | SLL | Finalize reply to objection to disclosure statement and redline changes to disclosure statement; email to client/special counsel to review amendments. | 7.60 | 2,660.00 |
| 11/06/12 | CS | Receipt and review of multiple emails between counsels regarding proposed plan. | 0.20 | 35.00 |
| 11/06/12 | SLL | Emails to client/special counsel to regarding proposed amendments to disclosure statement and plan. | 0.50 | 175.00 |
| 11/07/12 | CS | Receipt and review of multiple emails between counsel regarding changes to proposed plan. | 0.20 | 35.00 |
| 11/07/12 | SLL | Finalize reply to objection to disclosure statement and redline changes to disclosure statement after input from client; finalize redline amendments to plan of reorganization; finalize amended disclosure statement; finalize amended plan. | 2.10 | 735.00 |
| 11/07/12 | CS | Format and upload reply to objection to disclosure statement describing Chapter 11 plan of reorganization. Prepare courtesy copy to judge regarding same. | 0.30 | 52.50 |
| 11/07/12 | CS | Draft notice of filing of redlines to first amended [proposed Chapter 11 plan of reorganization. | 0.20 | 35.00 |
| 11/07/12 | CS | Draft notice of filing of redlines re first amended disclosure statement. | 0.20 | 35.00 |
| 11/07/12 | CS | Format and upload first amended disclosure statement, notice of filing of redlines of first amended disclosure statement, first amended [proposed] Chapter 11 plan and notice of redlines of first amended [proposed] Chapter 11 plan. | 1.30 | 227.50 |
| 11/08/12 | CS | Receipt of email from Dimitri regarding missing exhibit L to the first amended disclosure statement. Telephone conference with SLL regarding same. | 0.20 | 35.00 |
| 11/08/12 | CS | Draft errata to first amended disclosure statement describing Chapter 11 plan of reorganization. | 0.20 | 35.00 |

**MARQUIS AURBACH COFFING P.C.**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/08/12 | CS | Format and upload of errata to debtor's first amended disclosure statement describing Chapter 11 plan of reorganization. | 0.20 | 35.00 |
| 11/08/12 | CS | Draft certificate of service re first amended disclosure statement, redlined version, first amended plan, redlined version, and errata to first amended disclosure statement. | 0.20 | 35.00 |
| 11/08/12 | CS | Format and upload of certificate of service. | 0.20 | 35.00 |
| 11/08/12 | CS | Prepare mailing and courtesy copy to judge regarding first amended disclosure statement, redlined version, first amended plan, redlined version, errata to first amended disclosure statement and certificate of service. | 2.50 | 437.50 |
| 11/13/12 | SLL | Telephone conference with opposing attorney re remaining revisions to disclosure statement and plan; make revisions thereto and prepare for filing. | 0.50 | 175.00 |
| 11/13/12 | SLL | Meeting with ZL re court appearance on disclosure statement and preparation for hearing, strategy re timing of evidentiary hearing and strategy re objection to proof of claim. | 0.50 | 175.00 |
| 11/14/12 | CS | Format and upload of second amended disclosure statement and second amended plan or reorganization. | 0.30 | 52.50 |
| 11/14/12 | ZL | Prepare and attend hearing on disclosure statement. | 2.40 | 1,080.00 |
| 11/14/12 | ZL | Conference call with Hamid regarding disclosure statement. | 0.30 | 135.00 |
| 11/14/12 | ZL | Conference call with Jon Pearson regarding disclosure statement. | 0.10 | 45.00 |
| 11/14/12 | SMS | Review second amended plan. | 0.20 | 35.00 |
| 11/14/12 | SMS | Review second amended disclosure statement. | 0.20 | 35.00 |
| 11/14/12 | SMS | Review file and court notes. | 0.20 | 35.00 |
| 11/14/12 | SMS | Prepare and e-file certificate of service. | 0.40 | 70.00 |
| 11/19/12 | SMS | Review minute entry. | 0.20 | 35.00 |
| 11/19/12 | SMS | Review order approving stipulation. | 0.20 | 35.00 |
| 11/27/12 | SMS | Prepare draft of order. | 0.40 | 70.00 |
| 11/28/12 | ZL | Prepare for and attend continued hearing on disclosure statement. | 2.20 | 990.00 |
| 12/03/12 | SMS | Review minute entry. | 0.20 | 35.00 |
| 12/05/12 | SMS | Review transcript. | 0.20 | 35.00 |
| 12/31/12 | SMS | Review emails and prepare draft of confidential settlement statement. | 0.50 | 87.50 |
| 01/07/13 | SLL | Telephone conference with special counsel re settlement brief. | 0.20 | 70.00 |
| 01/08/13 | SMS | Review revised transcript. | 0.30 | 52.50 |
| 01/09/13 | SMS | Review notice of filing transcript. | 0.20 | 35.00 |
| 01/17/13 | SMS | Review minute entry. | 0.20 | 35.00 |
| 01/23/13 | ZL | Prepare and attend settlement conference before Judge Ross. | 4.40 | 1,980.00 |
| 01/28/13 | SMS | Prepare status report and e-file. | 0.60 | 105.00 |
| 01/30/13 | TSH | Prepare for, attend, and make arguments argue hearing regarding second amended disclosure and second amended plan related to objection to bank's proof of claim and resolution of same. | 3.00 | 600.00 |
| 02/23/13 | SMS | Prepare notice of expert witness and disclosures. | 0.50 | 87.50 |

| Date | Atty | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 03/11/13 | SMS | Finalize notice of disclosure and scan and bate-stamp appraisal. | | 0.60 | 105.00 |
| 03/11/13 | SMS | E-file notice of disclosure with appraisal. | | 0.80 | 140.00 |
| 03/19/13 | SMS | Finalize stipulation and order continuing hearing and e-file. | | 0.50 | 87.50 |
| 03/20/13 | SMS | Review order approving stipulation. | | 0.20 | 35.00 |
| 03/20/13 | SMS | Review hearing scheduled/rescheduled. | | 0.20 | 35.00 |
| 04/12/13 | SMS | Prepare stipulation and order. | | 0.50 | 87.50 |
| 04/12/13 | SMS | Efile stipulation and upload order. | | 0.30 | 52.50 |
| 04/15/13 | SMS | Review order approving stipulation to continue hearing. | | 0.20 | 35.00 |
| 04/15/13 | SMS | Review hearing scheduled/rescheduled. | | 0.20 | 35.00 |
| 04/15/13 | SMS | Review notice of entry of order and efile. | | 0.40 | 70.00 |
| 04/15/13 | SMS | Prepare certificate of service and efile. | | 0.40 | 70.00 |
| | | | **T12** | | **23,445.00** |

**RELIEF FROM STAY PROCEEDINGS**

| Date | Atty | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 01/10/13 | SMS | Review motion to lift stay. | | 0.20 | 35.00 |
| 01/10/13 | SMS | Review declaration. | | 0.20 | 35.00 |
| 01/10/13 | SMS | Review notice of hearing. | | 0.20 | 35.00 |
| 01/10/13 | SMS | Review certificate of service. | | 0.20 | 35.00 |
| 01/14/13 | SMS | Review hearing scheduled/rescheduled. | | 0.20 | 35.00 |
| 01/15/13 | SMS | Review certificate of service. | | 0.20 | 35.00 |
| 01/22/13 | SLL | Telephone conference with client and John Muije re motion for relief filed by City National Bank. | | 0.90 | 315.00 |
| 01/25/13 | SLL | Legal research re garnishment statutes and requirements, employee status/definition, necessity for obtaining stay relief to institute garnishment proceedings and jurisdiction for state court law issues. | | 2.60 | 910.00 |
| 01/28/13 | SLL | Preparation of opposition to motion for relief from stay filed by CNB. | | 8.40 | 2,940.00 |
| 01/30/13 | SMS | Finalize and prepare certificate of service and e-file opposition. | | 0.50 | 87.50 |
| 01/31/13 | SMS | Review opposition. | | 0.20 | 35.00 |
| 02/23/13 | SMS | Review order. | | 0.30 | 52.50 |
| | | | **T13** | | **4,550.00** |

**BUSINESS OPERATIONS**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/12/12 | SLL | Finalize motion re utilities and adequate assurance. | 0.60 | 210.00 |
| 06/20/12 | SLL | Telephone conference with client / general counsel re use of cash collateral. | 0.30 | 105.00 |
| 10/17/12 | SLL | Telephone conference with special counsel re new lease; voicemail to opposing attorney re the same. | 0.30 | 105.00 |
| 10/18/12 | SLL | Email to opposing attorney re lease and payment of TI's/commissions; telephone conference with special counsel re the same. | 0.50 | 175.00 |

**MARQUIS AURBACH COFFING P.C.**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/26/13 | SLL | Prepare and review multiple emails to/from opposing attorney re proposed TI's and commissions on new leases. | 0.40 | 140.00 |
| | | **T3** | | **735.00** |

**CASE ADMINISTRATION**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/07/12 | SLL | Prepare and review multiple emails to/from general counsel re: first day motion; filing | 0.20 | 70.00 |
| 06/07/12 | SLL | Prepare and review multiple emails to/from client/general counsel re: draft petition | 0.20 | 70.00 |
| 06/07/12 | SLL | Prepare and review multiple emails to/from client/general counsel re: first day motions; case strategy | 0.40 | 140.00 |
| 06/08/12 | SLL | Prepare and review multiple emails to/from client/general counsel re:ongoing case strategy | 0.20 | 70.00 |
| 06/11/12 | SMS | Review request for notice. | 0.20 | 35.00 |
| 06/11/12 | SMS | Review certificate of service. | 0.20 | 35.00 |
| 06/11/12 | SMS | Review emails and respond. | 0.20 | 35.00 |
| 06/11/12 | SMS | Prepare letters to client with guidelines, monthly operating reports, etc. | 1.50 | 262.50 |
| 06/11/12 | SMS | Prepare notice of bankruptcy; e-file and serve. | 0.50 | 87.50 |
| 06/11/12 | SMS | Prepare amended corporate resolution and e-file. | 0.30 | 52.50 |
| 06/11/12 | SMS | Review request for notice. | 0.20 | 35.00 |
| 06/11/12 | SLL | Prepare and review multiple emails to/from client/general counsel re first day motions. | 0.20 | 70.00 |
| 06/12/12 | SMS | Prepare and review emails and respond. | 0.40 | 70.00 |
| 06/12/12 | SLL | Prepare and review multiple emails to/from client/general counsel re first day motions. | 0.90 | 315.00 |
| 06/13/12 | SLL | Prepare and review multiple emails to/from client/general counsel re first day motions. | 0.20 | 70.00 |
| 06/15/12 | SMS | Filing to file. | 0.40 | 70.00 |
| 06/15/12 | SMS | Review emails and respond. | 0.20 | 35.00 |
| 06/20/12 | SMS | Review emails regarding first day motions. | 0.30 | 52.50 |
| 06/20/12 | SMS | Filing to file and prepare files for court. | 0.80 | 140.00 |
| 06/22/12 | SMS | Filing to file and prepare file for court. | 0.80 | 140.00 |
| 06/26/12 | SMS | Review emails and respond. | 0.40 | 70.00 |
| 06/26/12 | SMS | Filing to file in preparation of court. | 0.50 | 87.50 |
| 06/26/12 | SMS | Review designation of local counsel. | 0.20 | 35.00 |
| 06/26/12 | SMS | Review verified petition. | 0.20 | 35.00 |
| 06/27/12 | SMS | Review amended verified petition. | 0.20 | 35.00 |
| 06/27/12 | SMS | Redact tax returns. | 0.90 | 157.50 |
| 06/28/12 | SMS | Filing to file and prepare files for court. | 0.50 | 87.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/29/12 | SMS | Review order approving amended verified petition. | 0.20 | 35.00 |
| 06/29/12 | SMS | Review various emails. | 0.40 | 70.00 |
| 06/29/12 | SMS | Review various emails and respond. | 0.50 | 87.50 |
| 07/02/12 | SMS | Review order. | 0.20 | 35.00 |
| 07/03/12 | SMS | Review verified petition. | 0.20 | 35.00 |
| 07/03/12 | SMS | Review designation of local counsel. | 0.20 | 35.00 |
| 07/03/12 | SMS | Review verified petition. | 0.20 | 35.00 |
| 07/03/12 | SMS | Review designation of local counsel. | 0.20 | 35.00 |
| 07/03/12 | SMS | Filing to file. | 0.40 | 70.00 |
| 07/03/12 | SMS | Review various emails re cash collateral order. | 0.50 | 87.50 |
| 07/06/12 | SMS | Review order approving verified petition. | 0.20 | 35.00 |
| 07/06/12 | SMS | Review order approving verified petition. | 0.20 | 35.00 |
| 07/09/12 | SMS | Prepare mailing. | 1.00 | 175.00 |
| 07/09/12 | SMS | Filing to file. | 0.50 | 87.50 |
| 07/10/12 | SMS | Review email and respond. | 0.20 | 35.00 |
| 07/11/12 | ZL | Attend the initial debtor interview. | 1.50 | 675.00 |
| 07/20/12 | CS | Format and upload monthly operating report ending June 2012. | 0.20 | 35.00 |
| 07/23/12 | SMS | Review monthly operating report. | 0.20 | 35.00 |
| 07/26/12 | SMS | Review emails and respond. | 0.20 | 35.00 |
| 08/01/12 | SMS | Review statement of inability to establish unsecured creditors committee. | 0.20 | 35.00 |
| 08/06/12 | SMS | Filing to file and prepare files for court. | 0.50 | 87.50 |
| 08/07/12 | SMS | Prepare mailing. | 1.00 | 175.00 |
| 08/07/12 | SMS | Filing to file and prepare files for court. | 0.50 | 87.50 |
| 08/08/12 | SMS | Prepare file for court. | 0.20 | 35.00 |
| 08/16/12 | SMS | Review monthly operating report and e-file. | 0.30 | 52.50 |
| 08/20/12 | SMS | E-file amended monthly operating report for June. | 0.40 | 70.00 |
| 08/28/12 | SMS | Filing to file and prepare files for court. | 0.50 | 87.50 |
| 08/29/12 | SMS | Review emails and respond. | 0.40 | 70.00 |
| 08/29/12 | SMS | Teleconference with Jeff Susa re monthly operating reports. | 0.20 | 35.00 |
| 09/05/12 | SMS | Review emails regarding plan and disclosure statement. | 0.30 | 52.50 |
| 09/05/12 | SMS | Request hearing date. | 0.20 | 35.00 |
| 09/06/12 | SMS | Prepare copies and mailing. | 1.50 | 262.50 |
| 09/11/12 | SMS | Prepare files for court. | 0.30 | 52.50 |
| 09/20/12 | SMS | Review amended monthly operating report and e-file. | 0.30 | 52.50 |
| 09/20/12 | SMS | Review monthly operating report and e-file. | 0.30 | 52.50 |
| 09/26/12 | SMS | Prepare files for court. | 0.30 | 52.50 |
| 10/11/12 | SMS | Review emails and reply. | 0.30 | 52.50 |
| 10/16/12 | SMS | Review emails. | 0.20 | 35.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/17/12 | SMS | Prepare files for court. | 0.20 | 35.00 |
| 10/19/12 | SLL | Review monthly operating report for filing. | 0.50 | 175.00 |
| 10/22/12 | SMS | Review monthly operating report and e-file. | 0.30 | 52.50 |
| 10/23/12 | SMS | Prepare files for court. | 0.50 | 87.50 |
| 10/23/12 | SMS | Review emails and respond. | 0.30 | 52.50 |
| 10/29/12 | SMS | Review emails. | 0.20 | 35.00 |
| 10/29/12 | SMS | Review emails and respond. | 0.20 | 35.00 |
| 11/01/12 | SMS | Review various emails. | 1.00 | 175.00 |
| 11/15/12 | CS | Sent email and received several responses regarding media calls and Bloomberg interest in debtor. | 0.30 | 52.50 |
| 11/20/12 | SMS | Prepare files for court. | 0.50 | 87.50 |
| 11/20/12 | SMS | Review monthly operating report and e-file. | 0.30 | 52.50 |
| 11/20/12 | SLL | Finalize monthly operating report for filing. | 0.50 | 175.00 |
| 11/28/12 | SMS | Review emails and respond. | 0.20 | 35.00 |
| 12/03/12 | SMS | Review emails. | 0.50 | 87.50 |
| 12/10/12 | SMS | Review and prepare emails and telemessage to Benji at Bankruptcy Court. | 0.50 | 87.50 |
| 12/20/12 | SMS | Review monthly operating report and e-file. | 0.30 | 52.50 |
| 12/20/12 | SMS | Prepare files for court. | 0.30 | 52.50 |
| 12/30/12 | SMS | Review email. | 0.20 | 35.00 |
| 01/09/13 | SMS | Review emails. | 0.20 | 35.00 |
| 01/09/13 | SLL | Review Yield Maintenance Premium legal research; review documents including note, proof of claim, and proposal of possible settlement terms; assess possible settlement brief arguments. | 1.90 | 665.00 |
| 01/09/13 | SLL | Finalize draft settlement conference brief; circulate to client and general counsel. | 4.10 | 1,435.00 |
| 01/10/13 | SMS | Review emails. | 0.30 | 52.50 |
| 01/10/13 | SMS | Review request for special notice. | 0.20 | 35.00 |
| 01/10/13 | SLL | Telephone conference with general counsel for client; discussion of settlement brief and revisions thereto. Prepare email to opposing attorney re settlement offer and settlement conference. | 0.80 | 280.00 |
| 01/11/13 | CS | Receipt of multiple emails concerning confidential settlement conference being approved for signature. Prepare delivery via runner and email of brief. | 0.40 | 70.00 |
| 01/28/13 | SLL | Finalize status report following settlement conference. | 0.90 | 315.00 |
| 01/29/13 | SMS | Prepare files for court. | 0.40 | 70.00 |
| 01/29/13 | SMS | Request telephonic appearance. | 0.30 | 52.50 |
| 02/01/13 | SMS | Follow up with court on telephonic request. | 0.20 | 35.00 |
| 02/01/13 | SMS | Prepare email. | 0.20 | 35.00 |
| 02/01/13 | SMS | Review minute entry. | 0.20 | 35.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/04/13 | SMS | Review emails. | 0.30 | 52.50 |
| 02/04/13 | SMS | Telephone conference with court call setting up telephonic appearance. | 0.40 | 70.00 |
| 02/05/13 | CS | Multiple emails with ZL re confidential settlement brief. | 0.20 | 35.00 |
| 02/05/13 | SMS | Review emails. | 0.40 | 70.00 |
| 02/06/13 | SMS | Review omnibus reply. | 0.20 | 35.00 |
| 02/06/13 | SMS | Prepare email. | 0.20 | 35.00 |
| 02/07/13 | SMS | Review emails. | 0.30 | 52.50 |
| 02/07/13 | SMS | Review emails. | 0.20 | 35.00 |
| 02/07/13 | SMS | Review appraisal and email. | 0.40 | 70.00 |
| 02/07/13 | SMS | Review emails and respond. | 0.40 | 70.00 |
| 02/08/13 | TSH | Follow up regarding objection to US Bank claim, handling of same, and outlook to ensure client's protections. | 0.10 | 20.00 |
| 02/08/13 | SMS | Review emails. | 0.30 | 52.50 |
| 02/08/13 | SMS | Review emails and respond. | 0.20 | 35.00 |
| 02/11/13 | SMS | Prepare files for court. | 0.40 | 70.00 |
| 02/13/13 | SMS | Telephone conference with court and prepare email. | 0.30 | 52.50 |
| 02/20/13 | SMS | Review monthly operating report and e-file. | 0.30 | 52.50 |
| 02/20/13 | SMS | Review emails and respond. | 0.30 | 52.50 |
| 02/20/13 | SMS | Prepare mailing and courtesy copy. | 0.80 | 140.00 |
| 02/21/13 | SMS | Prepare files for court. | 0.50 | 87.50 |
| 02/21/13 | SMS | Review appraisal. | 0.30 | 52.50 |
| 02/23/13 | SMS | Prepare email. | 0.20 | 35.00 |
| 02/25/13 | SMS | Review emails. | 0.30 | 52.50 |
| 02/27/13 | SMS | Review emails. | 0.40 | 70.00 |
| 02/28/13 | SMS | Review emails. | 0.20 | 35.00 |
| 03/04/13 | SMS | Review emails. | 0.30 | 52.50 |
| 03/04/13 | SMS | Prepare copies and mailing. | 0.50 | 87.50 |
| 03/05/13 | SMS | Prepare files for court. | 0.90 | 157.50 |
| 03/06/13 | SMS | Review emails and respond. | 0.30 | 52.50 |
| 03/07/13 | SLL | Prepare and review multiple emails to/from opposing attorney re scheduling of claims objection dates. | 0.40 | 140.00 |
| 03/08/13 | CS | Receipt and response to multiple emails re stipulation to continue objection to claims hearing and evidentiary hearing. | 0.20 | 35.00 |
| 03/11/13 | SMS | Review emails. | 0.60 | 105.00 |
| 03/18/13 | SMS | Filing to file and prepare files for court. | 0.60 | 105.00 |
| 03/20/13 | SMS | Review email. | 0.20 | 35.00 |
| 03/20/13 | SMS | Review hearing scheduled/rescheduled. | 0.20 | 35.00 |
| 03/21/13 | SLL | Telephone conference with general counsel re claims objections, plan | 0.40 | 140.00 |

**MARQUIS AURBACH COFFING P.C.**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | terms and possible settlement. | | |
| 03/27/13 | SMS | Prepare files for court. | 0.50 | 87.50 |
| 04/12/13 | SMS | Email Benji at Bankruptcy Court uploaded order. | 0.20 | 35.00 |
| | | **T4** | | **12,297.50** |

**CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/12/12 | SMS | Review proof of claim of J&J Services. | 0.20 | 35.00 |
| 10/05/12 | SLL | Telephone conference with unsecured creditor regarding cursory overview of proof of claim form and how to file with the court. | 0.40 | 140.00 |
| 10/10/12 | SMS | Review proof of claim of Bailey Kennedy. | 0.20 | 35.00 |
| 10/10/12 | SMS | Review proof of claim of CW Capital. | 0.40 | 70.00 |
| 10/10/12 | SMS | Review transfer of claim. | 0.20 | 35.00 |
| 10/11/12 | SMS | Review proof of claim of Lawyers Mechanical. | 0.20 | 35.00 |
| 10/11/12 | SMS | Review proof of claim of Nevada Illumination. | 0.20 | 35.00 |
| 10/12/12 | SMS | Review proof of claim of TriSignal Intergration. | 0.20 | 35.00 |
| 10/16/12 | SMS | Review faxed proof of claim of Tri-Signal Intergration. | 0.20 | 35.00 |
| 11/13/12 | DAC | Begin research regarding objection to claim based upon yield maintenance premium in loan agreement. | 2.20 | 880.00 |
| 11/14/12 | DAC | Continue research regarding objection to claim based upon yield maintenance premium in loan agreement. | 4.20 | 1,680.00 |
| 11/15/12 | KFG | Additional legal research of cases related to 506; scan and save to file. | 0.30 | 52.50 |
| 11/15/12 | THP | Review and analyze note documents in preparation for legal research regarding yield maintenance premiums. | 0.60 | 120.00 |
| 11/15/12 | THP | Confer with SLL to develop strategy regarding legal research regarding yield maintenance premiums. | 0.80 | 160.00 |
| 11/15/12 | THP | Begin legal research regarding yield maintenance premiums. | 1.40 | 280.00 |
| 11/15/12 | DAC | Continue research regarding objection to claim based upon yield maintenance premium in loan agreement. | 4.00 | 1,600.00 |
| 11/21/12 | THP | Continue legal research regarding yield maintenance premiums. | 3.10 | 620.00 |
| 11/26/12 | THP | Confer with SL regarding legal research on yield maintenance premiums. | 0.20 | 40.00 |
| 11/26/12 | DAC | Research regarding objection to claim filed by Wachovia. | 2.20 | 880.00 |
| 11/28/12 | DAC | Research regarding objection to yield maintenance premiums. | 2.50 | 1,000.00 |
| 12/10/12 | THP | Perform legal research regarding legal definition and enforcement of contractual yield maintenance premiums/formulas and default penalties, in preparation for legal memorandum. | 3.20 | 640.00 |
| 12/11/12 | THP | Perform legal research regarding reasonableness of yield maintenance premiums / formulas, in preparation for legal memorandum. | 2.40 | 480.00 |
| 12/12/12 | THP | Draft and revision of legal memorandum regarding reasonableness and enforcement of yield maintenance premiums / formulas and default penalties, in preparation for objection to bank's proof of claim. | 2.70 | 540.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/12 | DAC | Draft of claim objection; draft emails regarding calculation of yield maintenance provision. | 3.50 | 1,400.00 |
| 01/10/13 | THP | Review/analyze and draft emails (x 3) from/to SL regarding yield maintenance premium legal research. | 0.20 | 40.00 |
| 02/04/13 | DAC | Review and respond to emails regarding finalizing claim objection. | 0.40 | 160.00 |
| 02/07/13 | DAC | Draft amendments to claim objection; review and respond to emails regarding same; review settlement judge's conclusions regarding same. | 1.20 | 480.00 |
| 02/08/13 | SLL | Telephone conference with general counsel re claim objections. | 0.60 | 210.00 |
| 02/14/13 | SMS | Prepare objection to proof of claim of Tri-Signal Integration, notice of hearing and certificate of service. | 1.50 | 262.50 |
| 02/20/13 | SLL | Finalize objection to proof of claim filed by Tri-Signal; review and finalize exhibits. | 0.80 | 280.00 |
| 02/22/13 | SLL | Continue preparation of draft objection to proof of claim of US Bank; begin draft of declaration of Susa in support thereof. | 4.80 | 1,680.00 |
| 02/24/13 | SLL | Continue preparation of draft objection to proof of claim of US Bank; declaration of Susa in support thereof. | 2.30 | 805.00 |
| 02/25/13 | SLL | Continue preparation of draft objection to proof of claim of US Bank; forward to client for review. | 5.40 | 1,890.00 |
| 02/27/13 | SMS | Finalize objection to proof of claim of Tri-Signal, notice of hearing and certificate of service. | 0.40 | 70.00 |
| 02/27/13 | SMS | Review requested changes to objection; revise objection to proof of claim of U.S. Bank; prepare notice of hearing and certificate of service. | 1.10 | 192.50 |
| 02/27/13 | SMS | E-file objections to proof of claims, notice of hearing and certificate of service; prepare mailing. | 0.60 | 105.00 |
| 02/27/13 | SLL | Finalize draft objection to proof of claim of US Bank; declaration of Susa. | 1.30 | 455.00 |
| 02/28/13 | SMS | Review hearing scheduled/rescheduled. | 0.20 | 35.00 |
| 02/28/13 | SMS | E-file declaration of Jeff Susa. | 0.20 | 35.00 |
| 02/28/13 | SMS | Prepare and e-file certificate of service and prepare mailing. | 0.30 | 52.50 |
| 03/07/13 | CS | Receipt and response to multiple emails from court re vacating objection to claims hearing date of March 27, 2013 (X5). | 0.50 | 87.50 |
| 03/11/13 | SMS | Review minute entry. | 0.20 | 35.00 |
| 03/11/13 | SMS | Review minute entry. | 0.20 | 35.00 |
| 03/11/13 | SMS | Finalize application to employ appraiser and declaration. | 0.30 | 52.50 |
| 03/11/13 | SLL | Preparation of stipulation to continue hearing and order approving the same. | 0.50 | 175.00 |
| 03/11/13 | SLL | Prepare and review multiple emails to/from general counsel and opposing attorney re scheduling claims objection hearing. | 0.20 | 70.00 |
| 03/13/13 | SMS | Prepare amended notice of hearing and e-file. | 0.30 | 52.50 |
| 03/13/13 | SMS | Prepare amended notice of hearing and e-file. | 0.30 | 52.50 |
| 03/14/13 | SMS | Review hearing scheduled/rescheduled. | 0.20 | 35.00 |
| 04/15/13 | SMS | Review hearing scheduled/rescheduled. | 0.20 | 35.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | T5 | | 18,210.00 |

**FEE/EMPLOYMENT APPLICANTS & OBJECTIONS**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/11/12 | CS | Drafted application to employ Marquis Aurbach Coffing as attorney of record; declaration of Shara Larson; notice of hearing; and certificate of service. | 1.50 | 262.50 |
| 06/11/12 | CS | Draft order approving application for employment of Marquis Aurbach Coffing. | 0.50 | 87.50 |
| 06/11/12 | CS | Draft application to employ Flangas McMillan Law offices as special counsel for debtor, declaration of Jeff Susa, notice of hearing and certificate of service. | 1.50 | 262.50 |
| 06/11/12 | CS | Draft order approving application to employ Flangas McMillan Law offices as special counsel for debtor. | 0.50 | 87.50 |
| 06/11/12 | SLL | Finalize application to employ MAC and supporting declaration. | 0.60 | 210.00 |
| 06/11/12 | SLL | Finalize application to employ Flangas McMillan and supporting declaration. | 0.60 | 210.00 |
| 06/12/12 | SMS | Review employment application of special counsel and declaration. | 0.30 | 52.50 |
| 06/12/12 | SMS | Review employment application of MAC and declaration. | 0.30 | 52.50 |
| 06/18/12 | SMS | Finalize application to employ MAC and declaration; prepare notice of hearing and e-file. | 0.80 | 140.00 |
| 06/18/12 | SMS | Finalize application to employ special counsel and declaration; prepare notice of hearing and e-file. | 0.80 | 140.00 |
| 06/19/12 | SMS | Review hearing scheduled/rescheduled. | 0.20 | 35.00 |
| 06/20/12 | SMS | Review hearing scheduled/rescheduled. | 0.20 | 35.00 |
| 06/21/12 | SMS | Prepare certificate of service and e-file. | 0.30 | 52.50 |
| 06/21/12 | SMS | Prepare certificate of service and e-file. | 0.30 | 52.50 |
| 07/24/12 | THP | Plan and prepare for court hearing regarding application to employ MAC and application to employ special counsel for debtor. | 0.70 | 140.00 |
| 07/25/12 | THP | Appear for and attend court hearing regarding application to employ MAC and application to employ special counsel for debtor. | 2.90 | 580.00 |
| 07/25/12 | THP | Draft summary regarding court hearing regarding application to employ MAC and application to employ special counsel for debtor. | 0.20 | 40.00 |
| 07/25/12 | THP | Review proposed order regarding application to employ MAC as counsel for debtor, in preparation for signature. | 0.30 | 60.00 |
| 07/25/12 | THP | Review proposed order regarding application to employ special counsel for debtor, in preparation for signature. | 0.30 | 60.00 |
| 07/25/12 | THP | Review and draft emails with/to co-counsel regarding upcoming telephonic conference. | 0.30 | 60.00 |
| 07/26/12 | THP | Attend strategic planning meeting to fulfill client's goals and objectives in the most economical manner possible. | 0.30 | 60.00 |
| 07/26/12 | CS | Made revisions to order approving employment of Flangas McMillan and order approving employment of Marquis Aurbach Coffing. Forward to | 0.50 | 87.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Tara for final review. | | |
| 08/01/12 | SMS | Prepare order approving special counsel. | 0.40 | 70.00 |
| 08/01/12 | SMS | Prepare order approving MAC. | 0.40 | 70.00 |
| 08/06/12 | SMS | Review order employing MAC. | 0.20 | 35.00 |
| 08/06/12 | SMS | Review order employing special counsel. | 0.20 | 35.00 |
| 08/07/12 | SMS | Prepare notice of entry of order. | 0.40 | 70.00 |
| 08/07/12 | SMS | Prepare notice of entry of order. | 0.40 | 70.00 |
| 08/07/12 | SMS | Review certificate of service. | 0.40 | 70.00 |
| 08/07/12 | SMS | Prepare certificate of service. | 0.40 | 70.00 |
| 02/12/13 | SMS | Prepare application to employ FamCo Advisory, declaration, and order shortening time documents. | 1.50 | 262.50 |
| 02/14/13 | SLL | Finalize application to employ Kenneth Funsten, supporting declaration and order shortening time documents. | 2.30 | 805.00 |
| 02/20/13 | SMS | Prepare and e-file application to employ expert witness Funsten. | 0.50 | 87.50 |
| 02/20/13 | CS | Sent faxes of order shortening time re employment of Funsten to special notices counsel. (Dalacas, Olsen, Kennedy, Pearson, and Nassiri, Owens & Rafatjoo). | 0.50 | 87.50 |
| 02/20/13 | SMS | Review order shortening time. | 0.20 | 35.00 |
| 02/20/13 | SMS | Prepare notice of hearing and e-file. | 0.30 | 52.50 |
| 02/20/13 | SMS | Prepare service by fax, email and overnight mail. | 0.90 | 157.50 |
| 02/21/13 | SMS | Prepare certificate of service and e-file. | 0.50 | 87.50 |
| 02/23/13 | SMS | Prepare application to employ Charles Jack, appraiser. | 1.50 | 262.50 |
| 02/25/13 | DAC | Review and respond to emails regarding application to employ FamCo; telephone conference regarding same; prepare for and attend hearing regarding same; review and amend order approving application. | 2.40 | 960.00 |
| 02/25/13 | SMS | Prepare order approving expert witness. | 0.60 | 105.00 |
| 03/04/13 | SMS | Review order approving employment of expert witness. | 0.20 | 35.00 |
| 03/04/13 | SMS | Prepare notice of entry of order. | 0.30 | 52.50 |
| 03/04/13 | SMS | Prepare certificate of service. | 0.30 | 52.50 |
| 03/06/13 | SLL | Prepare and review multiple emails to/from general counsel re employment of experts; claims objections. | 0.80 | 280.00 |
| 03/07/13 | CS | Receipt of two emails re execution of documents for application to employ Charles Jack. | 0.20 | 35.00 |
| 03/08/13 | CS | Telephone call with Charles Jack re signing declaration re employment application. | 0.10 | 17.50 |
| 03/08/13 | SLL | Prepare and review multiple emails to/from client and general counsel re retention of experts. | 0.40 | 140.00 |
| 03/11/13 | SLL | Review application and declaration to employ appraiser | 0.50 | 175.00 |
| 03/12/13 | SMS | Prepare notice of hearing. | 0.30 | 52.50 |
| 03/12/13 | SMS | E-file application to employ appraiser, declaration, and notice of hearing. | 0.30 | 52.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/12/13 | SMS | Prepare mailing. | 0.80 | 140.00 |
| 03/12/13 | SMS | Prepare and e-file certificate of service. | 0.30 | 52.50 |
| 03/14/13 | SMS | Review hearing scheduled/rescheduled. | 0.20 | 35.00 |
| | | **T7** | | **7,280.00** |

**FINANCING**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/11/12 | CS | Prepare motion for use of cash collateral, declaration of Jeff Susa, notice of hearing and order for interim cash collateral use for finalizing by Shara/Susan. | 0.50 | 87.50 |
| 06/11/12 | CS | Prepare motion for continued use of utilities, declaration of Jeff Susa, notice of hearing, and order for interim cash collateral use for finalizing by Shara/Susan. | 0.50 | 87.50 |
| 06/12/12 | SMS | Prepare motion for use of cash collateral. | 1.50 | 262.50 |
| 06/12/12 | SMS | Prepare motion for utilities. | 1.30 | 227.50 |
| 06/12/12 | SMS | Prepare declaration of Jeff Susa in support of cash collateral motion. | 0.70 | 122.50 |
| 06/12/12 | SMS | Prepare declaration of Jeff Susa in support of utilities motion. | 0.40 | 70.00 |
| 06/12/12 | SLL | Initial review of cash collateral motion; contact client re proposed budget. | 0.80 | 280.00 |
| 06/13/12 | SLL | Telephone conference with client re budget and cash collateral order. | 0.30 | 105.00 |
| 06/14/12 | SMS | Revise motion for use of cash collateral. | 0.80 | 140.00 |
| 06/14/12 | SMS | Revise motion for utilities. | 0.80 | 140.00 |
| 06/14/12 | SLL | Prepare and review multiple emails to/from client/general counsel re first day motions, including cash collateral. | 0.40 | 140.00 |
| 06/18/12 | SMS | Finalize motion for utilities and declaration. | 0.60 | 105.00 |
| 06/18/12 | SMS | Prepare exparte motion for order shortening time. | 0.40 | 70.00 |
| 06/18/12 | SMS | Prepare attorney information sheet. | 0.20 | 35.00 |
| 06/18/12 | SMS | Prepare order shortening time. | 0.20 | 35.00 |
| 06/18/12 | SMS | Prepare attorney information sheet. | 0.20 | 35.00 |
| 06/18/12 | SMS | Prepare order shortening time. | 0.20 | 35.00 |
| 06/18/12 | SMS | Prepare motion for order shortening time. | 0.40 | 70.00 |
| 06/18/12 | SLL | Prepare and review multiple emails to/from client and general counsel re budget and cash collateral motion. | 0.60 | 210.00 |
| 06/19/12 | SLL | Finalize motion for interim use of cash collateral. | 0.70 | 245.00 |
| 06/20/12 | SMS | Finalize and e-file first day motions, declarations, ex parte motions for order shortening time, attorney information sheets and orders shortening time. | 1.50 | 262.50 |
| 06/21/12 | SMS | Prepare notice of hearing and e-file. | 0.40 | 70.00 |
| 06/21/12 | SMS | Prepare notice of hearing and e-file. | 0.40 | 70.00 |
| 06/21/12 | SMS | Review order shortening time. | 0.20 | 35.00 |
| 06/21/12 | SMS | Review order shortening time. | 0.20 | 35.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/21/12 | SMS | Prepare certificate of service and e-file. | 0.30 | 52.50 |
| 06/21/12 | SMS | Prepare certificate of service and e-file. | 0.30 | 52.50 |
| 06/25/12 | SMS | Prepare and e-file amended certificate of service. | 0.20 | 35.00 |
| 06/26/12 | ZL | Review opposition to motion for cash collateral. | 0.20 | 90.00 |
| 06/26/12 | SMS | Review opposition to motion for cash collateral. | 0.20 | 35.00 |
| 06/26/12 | SMS | Review certificate of service. | 0.20 | 35.00 |
| 06/26/12 | SMS | Finalize and e-file reply to opposition. | 0.40 | 70.00 |
| 06/26/12 | SMS | Prepare certificate of service and e-file. | 0.30 | 52.50 |
| 06/26/12 | SLL | Review opposition to cash collateral filed by bank. | 0.50 | 175.00 |
| 06/26/12 | SLL | Preparation of reply to opposition to use of cash collateral; legal research re equity cushion as adequate protection. | 3.20 | 1,120.00 |
| 06/27/12 | ZL | Prepare and attend for motion for cash collateral. | 1.30 | 585.00 |
| 06/27/12 | ZL | Prepare and attend for motion for utilities. | 1.30 | 585.00 |
| 06/28/12 | SLL | Finalize interim order re use of cash collateral; prepare revision to same at request of counsel. | 0.40 | 140.00 |
| 07/03/12 | SMS | Prepare notice of entry of order and e-file. | 0.40 | 70.00 |
| 07/03/12 | SMS | Gather documents and prepare email to opposing counsel. | 0.60 | 105.00 |
| 07/03/12 | SMS | Finalize and upload interim order re cash collateral. | 0.30 | 52.50 |
| 07/05/12 | SMS | Prepare draft responses to discovery requests. | 2.50 | 437.50 |
| 07/05/12 | SMS | Prepare email to clients. | 0.30 | 52.50 |
| 07/09/12 | SMS | Review order. | 0.20 | 35.00 |
| 07/09/12 | SMS | Prepare notice of entry order. | 0.40 | 70.00 |
| 07/10/12 | SLL | Preparation of initial proposed stipulation for use of cash collateral. | 0.90 | 315.00 |
| 07/11/12 | SLL | Telephone conference with client re cash collateral stipulation. | 0.60 | 210.00 |
| 07/12/12 | SMS | Prepare revised budget. | 0.90 | 157.50 |
| 07/13/12 | SLL | Revisions to proposed cash collateral stipulation; telephone conference with client re the same; telephone conference with opposing attorney re the same; prepare and review multiple emails to/from client and opposing attorney re proposed changes thereto. | 1.70 | 595.00 |
| 07/16/12 | SMS | Review stipulation to extend. | 0.20 | 35.00 |
| 07/17/12 | SMS | Review order approving stipulation to extend. | 0.20 | 35.00 |
| 07/18/12 | CS | Preparation of amended order approving stipulation authorizing use of cash collateral. | 0.20 | 35.00 |
| 07/18/12 | CS | Format and upload of amended order approving stipulation authorizing use of cash collateral. Sent email to counsel regarding amended order. | 0.20 | 35.00 |
| 07/23/12 | CS | Draft notice of entry of order re amended order approving stipulation authorizing use of cash collateral. | 0.20 | 35.00 |
| 07/23/12 | CS | Format and upload of notice of entry of order with certificate of service re amended order approving stipulation authorizing use of cash collateral. | 0.20 | 35.00 |

**MARQUIS AURBACH COFFING P.C.**

| CBS I, LLC | April 17, 2013 |
|---|---|
| Re: Chapter 11 Bankruptcy | Invoice 267856 |
| I.D. 12833-001 - ZL | Page 18 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/23/12 | SMS | Review amended order approving stipulation for use of cash collateral. | 0.20 | 35.00 |
| 07/24/12 | SMS | Review notice of entry of order. | 0.20 | 35.00 |
| 08/24/12 | SMS | Review financials and forward to U.S. Bank's counsel. | 0.80 | 140.00 |
| 01/28/13 | SMS | Prepare stipulation to extend time. | 0.50 | 87.50 |
| 01/28/13 | SMS | Prepare order approving stipulation to extend time. | 0.40 | 70.00 |
| 02/04/13 | SLL | Revise proposed cash collateral stipulation and order; email opposing attorney re the same. | 0.40 | 140.00 |
| 03/21/13 | SMS | Prepare notice of entry of order and e-file. | 0.30 | 52.50 |
| | | **T9** | | **8,872.50** |

| | | |
|---|---|---|
| **Total Fees** | **312.10** | **80,315.00** |

**Fee Recap**

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| DAVID A. COLVIN | DIRECTOR | 22.60 | 400.00 | 9,040.00 |
| SHARA L. LARSON | ASSOCIATE | 85.40 | 350.00 | 29,890.00 |
| TYE S. HANSEEN | ASSOCIATE | 6.10 | 200.00 | 1,220.00 |
| TARA H. POPOVA | ASSOCIATE | 51.20 | 200.00 | 10,240.00 |
| SUSAN M. STANTON | PARALEGAL | 112.10 | 175.00 | 19,617.50 |
| CAREY SHURTLIFF | PARALEGAL | 19.00 | 175.00 | 3,325.00 |
| KARNA F. GALLEGOS | PARALEGAL | 0.30 | 175.00 | 52.50 |
| ZACHARIAH LARSON | OF COUNSEL | 15.40 | 450.00 | 6,930.00 |
| | **Totals** | **312.10** | | **80,315.00** |

**Disbursements**

| Date | Task | Description | Amount |
|---|---|---|---|
| 02/06/13 | | Check Issued; Conference call 01/22/2013; Save on Conferences | 13.39 |
| 02/28/13 | | Parking Fee; 02/25/2013 hearing | 2.00 |
| 03/06/13 | | Check Issued; Conference call from 02/08/2013; Save on Conferences | 16.08 |
| 03/12/13 | | Check Issued; Telephonic court appearance on 02/22/2013; Court Call | 58.00 |
| | | Copies | 6,782.75 |
| | | Scanning Charges | 359.55 |
| | | Postage | 621.25 |
| | | Messenger Service | 98.00 |
| | | Westlaw Research | 4,660.93 |
| | | Pacer; Online Records Review | 1.10 |
| 06/28/12 | | Wiznet; Online Filing Fees | 3.50 |
| 07/13/12 | | Long Distance Expense | 0.70 |
| 03/29/13 | | Data Production Disks | 8.00 |

**MARQUIS AURBACH COFFING P.C.**

CBS I, LLC
Re: Chapter 11 Bankruptcy
I.D. 12833-001 - ZL

April 17, 2013
Invoice 267856
Page 19

| Date | Task | Description | | Amount |
|---|---|---|---|---|
| | | | **Total Disbursements** | **12,625.25** |
| | | | **Total Fees and Disbursements** | **92,940.25** |
| | | | **Total Current Charges** | **92,940.25** |